
Randal S. Mashburn
U.S. Bankruptcy Judge



Dated: 5/6/2016

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Vanguard Healthcare, LLC, | ) | Chapter 11 |
| Vanguard Healthcare Services, LLC | ) | Case No. 16-03296 |
| Vanguard Financial Services, LLC | ) | Case No. 16-03297 |
| Aurora Australis, LLC | ) | Case No. 16-03298 |
| Boulevard Terrace, LLC | ) | Case No. 16-03300 |
| Eldercare of Jackson County, LLC | ) | Case No. 16-03302 |
| Elderscript Services, LLC | ) | Case No. 16-03308 |
| Glen Oaks, LLC | ) | Case No. 16-03306 |
| Palace RBS, LLC | ) | Case No. 16-03310 |
| Shady Lawn, LLC | ) | Case No. 16-03312 |
| Vanguard of Ashland, LLC | ) | Case No. 16-03313 |
| Vanguard of Church Hill, LLC | ) | Case No. 16-03314 |
| Vanguard of Crestview, LLC | ) | Case No. 16-03315 |
| Vanguard of Manchester, LLC | ) | Case No. 16-03316 |
| Vanguard of Memphis, LLC | ) | Case No. 16-03317 |
| Vanguard of Ripley, LLC | ) | Case No. 16-03318 |
| Vicksburg Convalescent, LLC | ) | Case No. 16-03319 |
| Whitehall OpCo, LLC | ) | Case No. 16-03321 |
| | ) | Case No. 16-03322 |
| Six Cadillac Dr., Suite 310 | ) | |
| Brentwood, TN  37027 | ) | Judge Mashburn |
| Debtors. | ) | |

**ORDER SETTING EXPEDITED HEARING ON FIRST-DAY MOTIONS**

This matter is before the Court upon the motion filed in the above-styled Chapter 11 bankruptcy cases for an expedited hearing on certain requests by the Debtors regarding issues that the Debtors assert require prompt attention involving the administration of these cases.  It appearing to the satisfaction of the Court that cause exists to schedule an expedited hearing, it is

ORDERED that a hearing will be conducted on the following "first-day motions" at 1:30 p.m. on May 10, 2016, in Courtroom One, Customs House, 701 Broadway, Nashville, TN:

      a.    Motion to Administratively Consolidate Affiliated Cases and Approve Case Management Procedures (Docket No. 3 in Case No. 16-03296);

      b.    Motion for Authority to Pay Prepetition Employee Salaries,

Wages, Expenses, Benefits and Related Deductions (Docket No. 5 in Case No. 16-03296);

c.  Motion for Interim and Final Orders Authorizing the Use of Cash Collateral and Granting Adequate Protection (Docket No. 4 in Case No. 16-03296);

d.  Motion to Maintain and Use Debtors' Existing Bank Accounts and Checks (Docket No. 6 in Case No. 16-03296);

e.  Motion to Approve Adequate Assurance Procedures for Utilities (Docket No. 7 in Case No. 16-03296); and

g.  Motion to Approve Employment of BMC Group as Noticing Agent (Docket No. 8 in Case No. 16-03296).

In light of the request for the expedited relief and the limited notice for the requested first-day hearings, the Debtors will be required as a preliminary matter at the hearing to address: (a) the sufficiency of the notice provided, (b) the necessity for having immediate expedited relief on each of the "first-day motions," and (c) whether action on any of the motions can be deferred to allow greater notice or can be granted on a provisional basis with further opportunity for objections.

IT IS SO ORDERED.

**This Order Was Signed And Entered Electronically As Indicated At The Top Of The First Page**

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.